| Attorney or Party without Attorney:<br>Lincoln D. Bandlow, Esq.<br>Law Offices of Lincoln Bandlow, P.C<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>  Telephone No: 310-556-9680<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>for the Central District of California |
|---|
| Plaintiff: STRIKE 3 HOLDINGS, LLC<br>Defendant: JOHN DOE infringer identified as using IP address 76.224.168.49 |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:21-cv-00636-TJH-SP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action on First Amended Complaint; First Amended Complaint [Redacted Version]; First Amended Complaint [Unredacted Version - Filed Under Seal]; Complaint; Notice Of Motion And Third Motion For Extension Of Time Within Which To Effectuate Service On John Doe Defendant; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Notice Of Filing Rule 7.1 Disclosure Statement; Notice To Parties Of Court-Directed ADR Program; Notice Of Assignment To United States Judges; Civil Minutes – General; Order Re Transfer Pursuant To General Order 21-01 (Related Cases); Order On Plaintiff's Second Motion For Extension Of Time Within Which To Effectuate Service On John Doe Defendant [13]; Order On Plaintiff's Motion For Extension Of Time Within Which To Effectuate Service On John] Doe Defendant [11]

3. a. Party served: REDACTED
   b. Person served: party in item 3.a.
      Served under F.R.C.P. Rule 4.

4. Address where the party was served: REDACTED

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Nov 09 2021 (2) at: 06:00 PM

6. **Person Who Served Papers:**
   a. Mario Alvarado (2018155566)         d. **The Fee** for Service was: $222.84
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

11/10/2021

(Date)                                        (Signature)



PROOF OF SERVICE

6331510
(4814478)